No. 2740. VÁZQUEZ ET AL., APELANTES, *v.* IBARRA, APELADO. —Corte de Distrito de Guayama. Resuelto en noviembre 7, 1922. Apareciendo que la sentencia en este caso de fecha 19 de septiembre 1921 fué apelada el 23 del mismo sin que se haya archivado aún la transcripción de los autos ni se encuentre la exposición del caso pendiente de aprobación, se declara con lugar la moción y se desestima la apelación.

No. 2830. OLMEDO ET AL., APELADAS, *v.* PASTRANA, APELANTE. — Corte de Distrito de Humacao. Resuelto en noviembre 7, 1922. Apareciendo que contra la sentencia en este caso de 29 de mayo último se interpuso apelación el 12 de julio siguiente, cuando ya había vencido el término legal, se declara con lugar la moción de la apelada y se desestima la apelación.

No. 2811. LA COSTA, APELADO, *v.* RIVERA, APELANTE. — Corte de Distrito de San Juan, Sección Primera. Resuelto en noviembre 7, 1922. Apareciendo que contra la sentencia en este caso de fecha 24 de abril último, se interpuso apelación en mayo 24 siguiente; que se concedieron varias prórrogas a la apelante para archivar la transcripción de autos habiendo vencido la última en septiembre 21, 1922 sin que se haya presentado, se declara con lugar la moción y se desestima la apelación.

No. 2867. BUXÓ ET AL., APELANTES, *v.* BUXÓ, APELADO.— Corte de Distrito de Humacao.—Resuelto en noviembre 7, 1922. Moción del apelado para desestimar la apelación y certificación que se acompaña. No habiéndose radicado la transcripción de autos dentro del término legal, se declara con lugar la moción y se desestima la apelación.